1  Joseph R. Ganley (5643)
2  Patricia Lee (8287)
   HUTCHISON & STEFFEN
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, Nevada 89145
   Telephone: (702) 385-2500
5  Facsimile: (702) 385-2086

6  *Attorneys for defendant WEBBANK*

7

8              **IN THE UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
9

10 AHDIEH OLANG, an individual          Case No. 2:15-cv-00559

11         Plaintiff,

12                                      **STIPULATION AND ORDER FOR**
       v.                               **EXTENSION OF TIME TO RESPOND TO**
13                                      **COMPLAINT (THIRD REQUEST)**
   WEBBANK,
14
           Defendant.
15

16

17      IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES

18 THAT the time for defendant WEBBANK to respond to AHDIEH OLANG'S complaint shall

19 be extended from June 22, 2015, to September 4, 2015.  In support of this extension the parties

20 state as follows:

21

22 / / /

23

24 / / /

25

26
27 / / /

28

                                    1

1. Since the filing of the complaint, counsel for WEBBANK and Plaintiff AHDIEH OLANG have been discussing possible resolution of this matter. In order to facilitate investigation and possible resolution, an informal exchange of information has and continues to occur.

2. Unexpectedly, and before she was able to provide further information to her counsel, Plaintiff OLANG was unexpectedly called to Iran due to a death in the family. She remains in Iran and is expected back in September.

3. In order to allow the parties to discuss possible resolution, and Plaintiff OLANG to provide information and participate in the prosecution and possible resolution of this matter, the parties wish to briefly stay this matter, by means of an extension of the responsive pleading date, until Plaintiff OLANG returns to the United States.

4. The Court previously granted a request that extended the date for defendant WEBBANK to respond to Plaintiff OLANG'S complaint from April 22, 2015 to May 22, 2015 (Dkt. No. 7) and granted a second request that extended the date for WEBBANK to respond to Plaintiff OLANG'S complaint from May 22, 2015 to June 22, 2015 (Dkt. 11).

/ / /

/ / /

/ / /

/ / /

/ / /

5. Plaintiff OLANG and Defendant WEBBANK both agree to the requested extension. This stipulation is made pursuant to LR 6-1.

**IT IS SO STIPULATED.**

DATED: June 19, 2015                              HUTCHISON & STEFFEN

                                        By:   */s/ Patricia Lee*
                                              _____
                                              Joseph R. Ganley (5643)
                                              Patricia Lee (8287)
                                              Peccole Professional Park
                                              10080 West Alta Drive, Suite 200
                                              Las Vegas, Nevada 89145

                                              *Attorneys for defendant WEBBANK*

DATED: June 19, 2015

                                        By:   */s/ Mitchell D. Gliner*
                                              _____
                                              Mitchell D. Gliner (3419)
                                              3017 W. Charleston Blvd., #95
                                              Las Vegas, Nevada 89102

                                              *Attorneys for plaintiff AHDIEH OLANG*

**IT IS SO ORDERED.**

DATED: June 22, 2015                              _____
                                                  United States Magistrate Nancy J. Koppe

3