Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AHDIEH OLANG,

    Plaintiff,

vs.

WEBBANK,

    Defendant.

No. 2:15-cv-00559-JAD-NJK

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A) and local rule 7-1 it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 3419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

HUTCHISON & STEFFEN

_____
JOSEPH R. GANLEY, ESQ.
Nevada Bar No. 5643
PATRICIA LEE, ESQ.
Nevada Bar No. 8287
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendant

IT IS SO ORDERED this 16th day of February, 2016.  The Clerk of Court is instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE